Charles G. Stevens, appellee, v. S. R. Fralick and Company, appellant. Gen. No. 37,811.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Ednyfed H. Williams, for appellant; Harry L. Brin, of counsel. Sabath, Perlman, Goodman & Rein, for appellee; Theodore E. Rein, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.